UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
TIMOTHY HERNANDEZ, *on behalf of* :
*himself and all other persons* :
*similarly situated,* :
: Civil Action No.: 1:24-CV-06106-CLP
:
Plaintiffs, :
: **JOINT STIPULATION**
- against - : **OF DISMISSAL WITH PREJUDICE**
:
:
MILLERKNOLL, INC., :
Defendant. :
-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for Plaintiff, TIMOTHY HERNANDEZ, and Defendant, MILLERKNOLL, INC. ("Millerknoll"), that the above-referenced action be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS FURTHER STIPULATED AND AGREED** that a facsimile copy of this stipulation shall be deemed binding as a signed original, and it may be signed in counterparts.

Dated: New York, New York
       March 7, 2025

| | |
|---|---|
| **STEIN SAKS, PLLC** | **DUANE MORRIS LLP** |
| */s/ Rami Salim* | */s/ Stephanie Lamerce* |
| Rami Salim, Esq.<br>One University Plaza, Suite 620<br>Hackensack, NJ 07601<br>rsalim@SteinSaksLegal.com | Stephanie Lamerce, Esq.<br>230 Park Avenue<br>New York, NY 10169<br>(212) 404-8756<br>SLamerce@duanemorris.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**So Ordered..**

s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 3/26/25

DM1\16330991.1